# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-395-RJC

| | |
|---|---|
| BENSON EJINDU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CENTERS FOR MEDICARE & ) | |
| MEDICAID, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Defendant's Motion to Dismiss, (Doc. No. 3), filed on June 22, 2015.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, of the heavy burden he carries in responding to Defendant's Motion to Dismiss. Plaintiff has a right to respond, and the Court advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint with prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have fourteen (14) days from the date of this Order to file his response to the pending Motion to Dismiss, (Doc. No. 3). Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

The Clerk of Court is directed to send a copy of this Order to pro se Plaintiff by certified mail, return receipt requested.

Signed: January 11, 2016

Robert J. Conrad, Jr.
United States District Judge